**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:**

OVIDE PAUL,

        Plaintiff,

v.

WINGATE MANAGEMENT COMPANY, LLC,

        Defendant.

_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, OVIDE PAUL ("Paul"), brings this action against Defendant, WINGATE MANAGEMENT COMPANY, LLC ("Wingate"), and alleges as follows:

1.      This is an action arising under the Fair Labor Standards Act 29 U.S.C. §§ 201-219 ("FLSA"). Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2.      At all times material hereto, Paul was a resident of Florida and an "employee" of Defendant as defined by the FLSA.

3.      At all times material hereto, Wingate was a foreign limited liability company that regularly transacted business in Broward County, Florida.

4.      Wingate's business involves real estate investmeent, development, and management.

5.      Wingate has employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce including but not limited to computers, phones, pens, and paper.

6.      Upon information and belief, Wingate's gross sales or business done was in excess of $500,000 per year at all times material hereto.

7.      Wingate was an enterprise engaged in commerce or the production of goods for commerce

and is covered by the FLSA at all times material hereto.

8.      Paul worked for Wingate as a private chef and chauffeur for Elaine Schuster in her home.

9.      At all times material hereto, Paul's duties qualified him for individual coverage pursuant

to 29 U.S.C. § 202.

10.     Paul traveled outside Florida and communciated with people located outside Florida,

including Massachusetts, on a regular basis as part of his employment and, therefore, is

individually covered under the FLSA.

11.     Wingate failed to pay Paul's full and proper overtime wages.

12.     Wingate knowingly and willfully refused to pay Paul's legally-entitled wages.

13.     Attached as **Exhibit A** is a preliminary calculation of Paul's claims. These amounts may

change as Paul engages in the discovery process.

14.     Paul retained the services of the undersigned and is obligated to pay for the legal services

provided.

**COUNT I**
**VIOLATION OF THE FAIR LABOR STANDARDS ACT**
**AGAINST DEFENDANT WINGATE**

15.     Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-14 above as if

set forth herein in full.

16.     Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b),

that Plaintiff is entitled to: (i) time-and-a-half overtime pay and (ii) liquidated damages pursuant

to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

17.     Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs,

and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendant plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
800 East Cypress Creek Road Suite 421
Fort Lauderdale, Florida 33334
Tel:     (786) 924-9929
Fax:     (786) 358-6071
Email: ekoz@kozlawfirm.com


Elliot Kozolchyk, Esq.
Bar No.: 74791